

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MYNOR CULAJAY-POR,

                                    Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden,
Otay Mesa Detention Center, et al.,

                                    Respondents.

Case No.:  26-cv-817-RSH-VET

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On February 10, 2026, petitioner Mynor Culajay-Por filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argues, among other things, that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). *Id.* ¶ 26. The Court thereafter issued a briefing schedule. ECF No. 2.

On February 23, 2026, Respondents filed a return acknowledging that "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Mynor Culajay-Por before an immigration court pursuant to 8 U.S.C. § 1226(a) within ***seven (7) days*** of this order as described above. If Petitioner seeks to

26-cv-817-RSH-VET

recover fees, he must do so by noticed motion in the manner prescribed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and the undersigned's chambers rules. The hearing set for March 5, 2026 is **VACATED**.

**IT IS SO ORDERED**.

Dated: February 23, 2026

_Robert S Huie_

Hon. Robert S. Huie
United States District Judge

26-cv-817-RSH-VET